AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Geov Chouteau | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10684-MMG |
| City of New York et al. | ) | |
| *Defendants* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Geov Chouteau .

Date: 09/22/2026

/s/ Remy Green
*Attorney's signature*

Remy Green, 5505300
*Printed name and bar number*

Cohen&Green PLLC
1639 Centre St., Suite 216
Ridgewood, NY 11385
*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*

Print Save As... Reset