COHEN&GREEN

October 1, 2026

**VIA ECF**
Honorable Judge Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Geov Chouteau v. City of New York, et al., 1:25-cv-10684-MMG

Your Honor:

My firm, with co-counsel, represents Plaintiff in the above-captioned matter. Per the Court's Order at ECF No. 18, I write jointly with Defendants, to provide a status update regarding the parties' efforts to resolve this matter through mediation.

On September 24, 2026, the parties conducted a mediation with court-appointed mediator Mr. Richard Mandel. At the conclusion of the mediation, Mr. Mandel issued a Mediator's Recommendation which proposed a settlement sum, subject to the parties reaching an agreement with respect to the waiver of Plaintiff's Medicaid lien. Mr. Mandel directed each party to inform him whether the Recommendation was acceptable by September 25, 2026.

On September 25, 2026, the parties each accepted the Mediator's Recommendation in principle, but despite conferring and making efforts to do so, were unable to resolve the issue of Plaintiff's Medicaid lien. The parties jointly requested that Mr. Mandel hold his Recommendation open and allow us 30 days to attempt to resolve the issue, and to provide a joint status update. Mr. Mandel granted that request.

The parties continue to work towards pursuing a waiver of Plaintiff's Medicaid lien in the interest of finalizing a settlement agreement. The parties will provide a written status update to Mr. Mandel by October 26, 2026.

As always, we thank the Court for its time.

Respectfully submitted,

/s/

Leena Mohmoud Widdi
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216

Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

The Court thanks the parties for the update and for their efforts to resolve this case. A further joint status letter shall be filed by **October 28, 2026.**

SO ORDERED. Dated October 8, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE



COHEN&GREEN

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com