COHEN GREEN

October 28, 2026

**VIA ECF**
Honorable Judge Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Geov Chouteau v. City of New York, et al., 1:25-cv-10684-MMG

Your Honor:

My firm, with co-counsel, represents Plaintiff in the above-captioned case. Per the Court's Order at ECF No. 21, I write jointly with Defendants, to provide an update on the status of the parties' efforts to resolve the matter through mediation.

Plaintiff continues to work on procuring a waiver of his Medicaid lien, which remains the only barrier to settlement. While Plaintiff has made some progress with the assistance of Defendants, we have not yet been able to secure a complete waiver of the lien and anticipate that it will be a lengthier process than initially expected. The Parties requested that the court-appointed Mediator, Mr. Richard Mandel, hold his Recommendation open and allow the Parties to provide another update in 60 days, and that request was granted.

As always, we thank the Court for its time.

Respectfully submitted,

/s/

Leena Mohmoud Widdi
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

The Court thanks the parties for the update and ORDERS a further status update by **January 8, 2027**, or within three days of the procurement of the waiver, whichever is earlier.

SO ORDERED. Dated October 30, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE